CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

OFFICIAL BUSINESS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 25 2021 ★
LONG ISLAND OFFICE

MID-ISLAND NY 117
7 OCT 2021 PM 6 L

NEOPOST
10/07/2021
US POSTAGE $000.53⁰

FIRST-CLASS MAIL

ZIP 11722
041L11255308

Paul Muller JR
c/o Shahzad Mohammed Rauf
106 Steamboat Rd
Great Neck, NY 11024



NIXIE      100    DE 1        0010/23/21
        RETURN TO SENDER
        NO SUCH NUMBER
        UNABLE TO FORWARD



# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:19-cv-05472-GRB-AYS

Farooq v. Friendly Limousine Service, Inc. et al
Assigned to: Judge Gary R. Brown
Referred to: Magistrate Judge Anne Y. Shields
Cause: 29:201 Fair Labor Standards Act

Date Filed: 09/26/2019
Jury Demand: None
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2021 |  | STATUS REPORT ORDER : A written Status Report is due by 11/8/2021. Failure to respond to this court's order may result in an order of dismissal for failure to prosecute. Ordered by Judge Gary R. Brown on 10/6/2021. (McMorrow, Karen) (Entered: 10/06/2021) |